UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ENOVATE MEDICAL, LLC, | |
| Plaintiff/Counterclaim Defendant, | |
| v. | Civil Action No. 1:18-cv-10296-RGS |
| DEFINITIVE TECHNOLOGY GROUP, LLC, | |
| Defendant/Counterclaimant. | |

## SUPPLEMENTAL PROTECTIVE ORDER

## I.      INTRODUCTION

The parties, by their undersigned counsel, pursuant to Fed. R. Civ. P. 26(c)(1), hereby stipulate to the following provisions of this Supplemental Protective Order to protect information produced by CAPSA Healthcare, pursuant to a third party subpoena issued in this litigation. These requirements supplement those in the parties' Agreed Protective Order entered on July 6, 2018 (Dkt. 31).   All provisions in the Agreed Protective Order are incorporated herein by reference and apply to any protected information that is produced under this Supplemental Protective Order.

## II.      DESIGNATION OF PROTECTED INFORMATION

A non-party who produces protected information in this action may designate it as "Outside Counsel Eyes Only" consistent with the terms of this Supplemental Protective Order. Whenever possible, the Designating Party should stamp, affix, or embed a legend of "Outside Counsel Eyes Only" on each designated page of the document or electronic image.

### III.    LIMITED ACCESS/USE OF PROTECTED INFORMATION

A.    <u>Restricted Use</u>:  Any use or disclosure of Outside Counsel Eyes Only information in violation of the terms of this Supplement Protective Order may subject the disclosing person or party to sanctions.

C.    <u>Access to "Outside Counsel Eyes Only" Designations</u>:    The parties and all persons subject to this Supplemental Protective Order agree that information designated as "Outside Counsel Eyes Only" may only be accessed or reviewed by the following:

1. The Court, its personnel, and court reporters;

2. Counsel of record for any party in this action and their employees who assist counsel of record in this action and are informed of the duties hereunder;

3. Experts or consultants employed by the parties or their counsel for purposes of this action, so long as each such expert or consultant has signed the acknowledgment to be bound to these terms that is attached hereto as <u>Exhibit A</u>; and

4. Other witnesses or persons to whom the Designating Party agrees in advance of disclosure or by court order.


AGREED BY:


ENOVATE MEDICAL, LLC
By counsel:

*/s/* Matthew C. Cox
Matthew C. Cox (TN Bar No. 028212)
Kevin T. Elkins (TN Bar No. 033280)
WALLER LANSDEN DORTCH & DAVIS, LLP
511 Union Street, Suite 2700
Nashville, TN 37219
4827-6848-3458.2

DEFINITIVE TECHNOLOGY GROUP, LLC
By counsel:

/s/ Bradley M. Stohry (by permission)
Bradley M. Stohry (Ind. Atty. No. 25820-49)
Reichel Stohry LLP
212 West 10th Street, Suite A-285
Indianapolis, IN 46202
Phone: (317) 423-8820

Phone:  615-850-8136
matt.cox@wallerlaw.com
kevin.elkins@wallerlaw.com
(Admitted *pro hac vice*)

Fax: (317) 454-1349
brad@rsindy.com
(Admitted *pro hac vice*)

Date:   December 27, 2018

Date:   December 27, 2018

**Approved and So Ordered.**

/s/ Richard G. Stearns

12/27/2018
_____

_____

Date

U. S. District Court
District of Massachusetts