UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Enovate Medical, LLC

    Plaintiff

  v.                                  Civil Action No. 1:18-10296-RGS

Definitive Technology Group, LLC

    Defendant

### ORDER OF ADMINISTRATIVE CLOSURE

March 28, 2019

STEARNS, D.J.

In accordance with the Court's Electronic Order [Dkt # 57] granting defendant's Motion to Stay, it is ORDERED that the above-entitled action be, and hereby is, administratively closed pending the stay.

                                                      By the Court,

                                                      /s/ Arnold Pacho
                                                      Deputy Clerk